**No. 10-1369. Jacek I. Smigelski, Petitioner v. Office of Disciplinary Counsel.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 28, 2011 U.S. LEXIS 6837.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 124 Conn. App. 81, 4 A.3d 336.